UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ROMAN DUENAS,<br><br>            Plaintiff,<br><br>    v.<br><br>ARROWHEAD REGIONAL MEDICAL CENTER, et al.,<br><br>            Defendants. | CASE NO. CV 14-986-JVS (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

    IT IS THEREFORE ORDERED that the action be dismissed with prejudice.

DATED:     March 4, 2015.

                                          JAMES V. SELNA
                                          UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\MJ - Duenas v. Arrowhead - Order accep r&r.wpd