UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE ROMAN DUENAS, | ) | Case No. CV 14-986-JVS (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| ARROWHEAD REGIONAL MEDICAL CENTER, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:_March 4, 2015.

_____
JAMES A. SELNA
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\MJ - Duenas v. Arrowhead - Judgment.wpd